# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1361
Lower Tribunal No. 2017-CP-573

_____

WAYNE PATTERSON,

Appellant,

v.

THE ESTATE OF R. MACK BROWN a/k/a ROY MACK BROWN, deceased, PAUL D. BROWN, DORIS J. DUKES, JANET LESLIE, DAVE ANDERSON, ABBY S. BAUMAN, and HEARTLAND BANK & TRUST,

Appellees.

_____

Appeal from the Circuit Court for Collier County.
Kyle Cohen, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and BROWNLEE, JJ., concur.


Wayne Patterson, Normal, Illinois, pro se.

No Appearances for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED